UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| POR MOUA, | Civil No. 15-4507 (JRT/SER) |
| Petitioner, | |
| v. | **ORDER** |
| STATE OF MINNESOTA and RAMSEY COUNTY, | |
| Respondents. | |

---

Por Moua, 203392, MCF-Moose Lake, 1000 Lakeshore Drive, Moose Lake, MN 5576, *pro se* petitioner.

Matthew Frank, James Early, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 1800, St Paul, MN 55101-2134, for respondent State of Minnesota.

Peter R. Marker, **RAMSEY COUNTY ATTORNEY'S OFFICE,** 345 Wabasha Street North, Suite 120, St Paul, MN 55102-1657, for respondent Ramsey County.

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau.  No objections to the Report and Recommendation were filed within the requisite time period.  Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner Por Moua's application for leave to proceed *in forma pauperis* [ECF No. 6] be **DENIED**.

2. This action be **SUMMARILY DISMISSED WITHOUT PREJUDICE FOR LACK OF JURISDICTION**.

1

3. Moua not be granted a certificate of appealability.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 12, 2016
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
U.S. District Court